NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KRYSTAL MARIN,                               )
                                             )
        Appellant,                       )
                                             )
v.                                           )       Case No. 2D16-1179
                                             )
STATE OF FLORIDA,                            )
                                             )
        Appellee.                        )
                                             )

Opinion filed November 23, 2016.

Appeal from the Circuit Court for Pinellas
County; J. Thomas McGrady, Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.



BLACK, Judge.

        In this Anders[1] appeal, we affirm Krystal Marin's judgment and sentences

but remand for the trial court to correct scrivener's errors on the amended probation

---

[1]Anders v. California, 386 U.S. 738 (1967).

revocation orders.  On February 9 and 15, 2016, the trial court entered probation revocation orders but failed to specify the conditions of probation violated.  During the pendency of this appeal, Marin filed a motion to correct sentencing error under Florida Rule of Criminal Procedure 3.800(b)(2), requesting that the trial court amend the revocation orders to reflect the conditions violated.  The trial court granted Marin's motion and directed the clerk to enter amended revocation orders reflecting that Marin admitted to violating conditions one, three, five, seven, and eleven.  While the amended orders entered on June 15, 2016, state that Marin violated conditions three, five, seven, and eleven, they fail to list condition one.  We therefore remand for entry of corrected revocation orders which accurately reflect the conditions of probation Marin admitted to violating.  See Margolis v. State, 148 So. 3d 532, 532 (Fla. 2d DCA 2014).

Affirmed; remanded with directions.


CRENSHAW and MORRIS, JJ., Concur.